UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEITH G. SMITH,<br><br>　　　　　　　　Petitioner,<br>　　v.<br>ROBERT LeGRAND, et al.,<br><br>　　　　　　　　Respondents. | Case No. 3:14-cv-00029-MMD-VPC<br><br>ORDER |

Petitioner has filed an unopposed motion for an extension of time (first request) (ECF No. 40). Respondents have filed a motion for waiver of compliance with LR IA 10-3 (ECF No. 39). The Court grants both motions.

It is therefore ordered that petitioner's unopposed motion for an extension of time (first request) (ECF No. 40) is granted. Petitioner will have through December 15, 2016, to file and serve a response to the motion to dismiss (ECF No. 29).

It is further ordered that respondents' motion for waiver of compliance with LR IA 10-3 (ECF No. 39) is granted.

DATED THIS 7th day of November 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE