UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

KEITH G. SMITH,

Petitioner,

v.

ROBERT LeGRAND, *et al.*,

Respondents.

Case No. 3:14-cv-00029-MMD-VPC

ORDER

The Court found that ground 7, ground 8, and part of ground 6(e) were not exhausted. (ECF No. 50.) Petitioner has filed a motion for partial dismissal of those grounds (ECF No. 51). Good cause appearing, it is therefore ordered that petitioner's motion for partial dismissal of grounds 7, 8, and part of 6(e) is granted.

It is further ordered that respondents will have forty-five (45) days from the date of entry of this order to file and serve an answer to the remaining grounds of the amended petition (ECF No. 15), and the answer must comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts. Petitioner will have forty-five (45) days from the date on which the answer is served to file a reply.

DATED THIS 4th day of October 2017.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE