# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEITH G. SMITH,<br><br>　　　　　　Petitioner,<br>v.<br>ROBERT LEGRAND, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:14-cv-00029-MMD-VPC<br><br>ORDER |

Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 55), and good cause appearing, it is therefore ordered that respondents' unopposed motion for enlargement of time (first request) (ECF No. 55) is granted. Respondents will have through January 18, 2018, to file and serve an answer.

DATED THIS 1st day of December 2017.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE