# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEITH G. SMITH,<br><br>Petitioner,<br>v.<br>ROBERT LEGRAND, *et al.,*<br><br>Respondents. | Case No. 3:14-cv-00029-MMD-VPC<br><br>ORDER |

Respondents having filed an unopposed motion for enlargement of time (second request) (ECF No. 57), and good cause appearing, it is therefore ordered that respondents' unopposed motion for enlargement of time (second request) (ECF No. 57) is granted. Respondents will have through February 1, 2018, to file and serve an answer.

DATED THIS 19th day of January 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE