UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KEITH G. SMITH,<br><br>Petitioner,<br>v.<br><br>ROBERT LEGRAND, *et al.,*<br><br>Respondents. | Case No. 3:14-cv-00029-MMD-VPC<br><br>ORDER |

Respondents having filed an unopposed motion for enlargement of time (third request) (ECF No. 59), and good cause appearing, it is therefore ordered that respondents' unopposed motion for enlargement of time (third request) (ECF No. 59) is granted. Respondents will have through February 5, 2018, to file and serve an answer.

DATED THIS 2nd day of February 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE