UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEITH G. SMITH,<br><br>                         Petitioner,<br>     v.<br>ROBERT LEGRAND, *et al.,*<br><br>                        Respondents. | Case No. 3:14-cv-00029-MMD-VPC<br><br>ORDER |

       Petitioner having filed an unopposed motion for an extension of time (first request) (ECF No. 62), and good cause appearing, it is therefore ordered that petitioner's unopposed motion for an extension of time (first request) (ECF No. 62) is granted. Petitioner will have through May 21, 2018, to file and serve a reply to the answer (ECF No. 61).

       DATED THIS 4th day of April 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE