UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEITH G. SMITH,<br><br>                   Petitioner,<br>   v.<br>ROBERT LEGRAND, *et al.*,<br><br>                  Respondents. | Case No. 3:14-cv-00029-MMD-VPC<br><br>ORDER |

    Petitioner filed an unopposed motion for an extension of time (second request) (ECF No. 64). Good cause appearing, it is therefore ordered that Petitioner's unopposed motion for an extension of time (ECF No. 64) is granted. Petitioner will have until July 20, 2018, to file a reply to the answer (ECF No. 61).

    DATED THIS 24th day of May 2018

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE