UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| KEITH SMITH, | Case No. 3:14-cv-00029-MMD-VPC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| ROBERT LEGRAND, *et al.*, | |
| Respondents. | |

Petitioner has filed an unopposed motion for an extension of time (third request) (ECF No. 66).

Good cause appearing, it is therefore ordered that Petitioner's unopposed motion for an extension of time (ECF No. 66) is granted. Petitioner will have through August 10, 2018, to file a reply to the answer (ECF No. 61).

DATED THIS 25th day of July.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE